

# Autosource
## Market-Driven Valuation™

State Farm Insurance is dedicated to delivering exceptional service to you in reference to your claim 25-4416-Q0901 from loss date 06/06/2018 on a 2015 Chevrolet Silverado K1500 1LTZ 4WD 4D Extra Short Bed Crew Cab. State Farm Insurance has selected Audatex, an independent vehicle valuation company, to prepare a comprehensive vehicle valuation for your vehicle. This valuation report was prepared specifically for your vehicle and represents a fair and accurate value driven by the retail used vehicle market.

In these pages, you will find:
=> [Vehicle Inspection](#)
=> [Market Overview](#)
=> [Valuation Detail](#)

### Market Value
### $36,106



### The Valuation Process

The breadth and depth of the Audatex used vehicle database makes Autosource the most comprehensive market-driven valuation process available. Audatex has been determining locally sensitive, fair, and accurate market values for vehicles since 1985, with more than 30 million vehicles valued. The Autosource Market Value includes vehicles for sale at dealerships and private party sellers, starting right in the local market.

### Valuation Detail

**1. 2015 Chevrolet Silverado K1500 High Country 4WD 4D Crew Cab**

|  | Comparable 1 | Your Vehicle | Adjustments |
|---|---|---|---|
| **Price** | Fenton, Mo | | **$33,938** |
| Odometer | 46,977 Mi(Actual) | 50,879 Mi(Actual) | -215 |
| Equipment | Color-Keyed Bumper(s) | Chrome Bumper(s) | -30 |
| | | Power Moonroof | 435 |
| | | Trailer Brake | 100 |
| Packages | | Bucket Seat Package | 165 |
| | | Plus Package | 120 |
| | | Sport Trim | 395 |
| | | Comparable 1 Adjusted Price | $34,908 |

**2. 2015 Chevrolet Silverado K1500 High Country 4WD 4D Crew Cab**

|  | Comparable 2 | Your Vehicle | Adjustments |
|---|---|---|---|
| **Price** | Fenton, Mo |  | **$36,452** |
| Odometer | 29,221 Mi(Actual) | 50,879 Mi(Actual) | -1,190 |
| Engine | 8 Cylinder 6.2 liter Engine | 8 Cylinder 5.3 Engine | -1,060 |
|  | Color-Keyed Bumper(s) | Chrome Bumper(s) | -30 |
|  | Wheel Locks |  | -25 |
| Packages |  | Bucket Seat Package | 165 |
|  |  | Plus Package | 120 |
|  | Premium Package |  | -305 |
|  |  | Sport Trim | 395 |
|  |  | Comparable 2 Adjusted Price | $34,522 |

**3. 2015 Chevrolet Silverado K1500 High Country 4WD 4D Crew Cab**

|  | Comparable 3 | Your Vehicle | Adjustments |
|---|---|---|---|
| **Price** | Hazelwood, Mo |  | **$34,420** |
| Odometer | 42,121 Mi(Actual) | 50,879 Mi(Actual) | -480 |
|  | Color-Keyed Bumper(s) | Chrome Bumper(s) | -30 |
|  |  | Power Moonroof | 435 |
|  |  | Trailer Brake | 100 |
| Packages |  | Bucket Seat Package | 165 |
|  |  | Plus Package | 120 |
|  |  | Sport Trim | 395 |
|  |  | Comparable 3 Adjusted Price | $35,125 |

**4. 2015 Chevrolet Silverado K1500 High Country 4WD 4D Crew Cab**

|  | Comparable 4 | Your Vehicle | Adjustments |
|---|---|---|---|
| **Price** | Chesterfield, Mo |  | **$33,273** |
| Odometer | 49,248 Mi(Actual) | 50,879 Mi(Actual) | -90 |
|  | Color-Keyed Bumper(s) | Chrome Bumper(s) | -30 |
|  |  | Power Moonroof | 435 |
|  |  | Trailer Brake | 100 |
| Packages |  | Bucket Seat Package | 165 |
|  |  | Plus Package | 120 |
|  |  | Sport Trim | 395 |
|  |  | Comparable 4 Adjusted Price | $34,368 |

**Final Market Value Calculation**

| | |
|---|---|
| 1. 2015 Chevrolet Silverado K1500 High Country 4WD 4D Crew Cab | $34,908 |
| 2. 2015 Chevrolet Silverado K1500 High Country 4WD 4D Crew Cab | $34,522 |
| 3. 2015 Chevrolet Silverado K1500 High Country 4WD 4D Crew Cab | $35,125 |
| 4. 2015 Chevrolet Silverado K1500 High Country 4WD 4D Crew Cab | $34,368 |
| Average Price | $34,731 |

**Condition**

| Category | Typical Condition | Loss Vehicle Condition |  |
|---|---|---|---|
| Body Condition | Minor Damage | Good | 825 |
| Paint Condition | Minor Wear | Good | 550 |

2015 Chevrolet Silverado K1500 1LTZ 4WD 4D Extra Short Bed Crew Cab

|  |  |
|---|---|
| **Total Condition Adjusted Market Value** | **$36,106** |
| Deductible | -500.00 |
| Net Adjusted Value | $35,606.00 |

This valuation was processed using our Multiple Comparable valuation methodology.

## Valuation Notes

- **Loss vehicle description was provided by State Farm Insurance**
- **Adjustments of Special Note**
    - The requested Exception valuation has been processed using one or more Comparables in order to meet state regulatory requirements.
    - The following equipment: Chrome Bumper(s), does not have a manufacture cost associated with it; the adjustment was determined by using the average cost by vehicle year and category.
    - An odometer adjustment of 5.50 cents per mile/kilometer has been applied. This adjustment is based on the vehicle year, vehicle category and market area. Odometer adjustments are capped at 40% of the vehicle's starting value.
    - Typical miles for this 2015 Chevrolet Silverado K1500 in Missouri is 56,056.
    - All values are in U.S. dollars.
- **Autosource Valuation Process**
    - Over 5,000,000 vehicles are entered weekly into the database used for researching this value. This database includes dealer inspected, dealer inventory, dealer advertised, phone verified and advertised private party vehicles.
    - The originating search area for this valuation was Saint Louis, Missouri.
    - The value of the Package adjustments displayed include only those items that cannot be purchased individually. Other equipment items included in the package that can be purchased separately are adjusted with the vehicle equipment, and these adjustments are noted by the applicable options.
    - 
- **Other Adjustments or Comments**
    - There is no tax for the given zip code of 63144.
- **Correction Notes**
    - **Version 2**
        - On 06/13/18 changes to this request were completed as requested by AJ EBWT on behalf of State Farm Insurance. These changes are detailed below.
        - **Condition**: changed Body from 3-Minor Damage to 2-Good, Paint from 3-Minor Wear to 2-Good.

## Vehicle Description

### VIN: 3GCUKSEC8FG354041

*2015 Chevrolet Silverado K1500 1LTZ 4WD 4D Extra Short Bed Crew Cab*



50,879 Miles Actual

*8cyl Gasoline 5.3*
*6-Speed Automatic*

| Interior | *Air Conditioning* | *Alarm System* | *Dual Zone Auto A/C* |
|---|---|---|---|
|  | *Cruise Control* | *Driver Information Sys* | *Dual Pwr Lumbar Supports* |
|  | *Driver Seat Memory* | *Garage Door Opener* | *Heated/Cooled Frt Seats* |
|  | *Intermittent Wipers* | *Illuminated Visor Mirror* | *Lighted Entry System* |
|  | *Power Door Locks* | *Power Windows* | *Dual Power Seats* |
|  | *Split Folding Rear Seat* | *Leather Seats* | *Leather Steering Wheel* |
|  | *Tachometer* | *Trip Computer* | *Tire Pressure Monitor* |

|  |  |  |  |
|---|---|---|---|
|  |  | **Touch Screen Display** | **Tilt & Telescopic Steer** |
| Exterior | **Chrome Tubular Side Step** | **Bodyside Moldings** | **Chrome Bumper(s)** |
|  | **Rear Window Defroster** | **Chrome Grille** | **Keyless Entry System** |
|  | **Mirror(s) Memory** | **Heated Power Mirrors** | **Pwr Folding Ext Mirrors** |
|  | **Privacy Glass** | **Side Mirror Lighting** | **Pwr Sliding Rear Window** |
|  | **Power Moonroof** | **Tow Hooks** | **Trailer Hitch** |
|  | **Ext Mirror Turn Signals** |  |  |
| Mechanical | **Heavy Duty Battery** | **Power Brakes** | **Performance Suspension** |
|  | **Power Steering** | **Remote Starter** | **Stability Cntrl Suspensn** |
|  | **Full Size Spare Tire** | **Camper/Towing Package** | **Trailer Brake** |
|  | **Electronic Transfer Case** |  |  |
| Safety | **Automatic Dimming Mirror** | **Auto Headlamp Control** | **Dual Airbags** |
|  | **Anti-Lock Brakes** | **Locking Differential** | **Daytime Running Lights** |
|  | **Fog Lights** | **Head Airbags** | **Halogen Headlights** |
|  | **2nd Row Head Airbags** | **Rear Side Airbags** | **Rear View Camera** |
|  | **Side Airbags** | **Traction Control System** | **Theft Deterrent System** |
| Entertainment | **Auxiliary Audio Input** | **1st Row LCD Monitor(s)** | **MP3 Decoder** |
|  | **Navigation System** | **OnStar System** | **AM/FM CD Player** |
|  | **SiriusXM Satellite Radio** | **Strg Wheel Radio Control** | **USB Audio Input(s)** |
|  | **Wireless Phone Connect** | **Wireless Audio Streaming** |  |

| | |
|---|---|
| Packages | **1LZ Package** |
|  | **20 In Chrome Alloy Wheels, Chromed Alloy Wheels** |
|  | **Bucket Seat Package, Bucket Seats, Center Console** |
|  | **Plus Package, Bose Sound System, Heated Steering Wheel, Parking Assist System, Power Adjustable Pedals** |
|  | **Sport Trim, Bose Sound System** |
| Trim Levels | WT, LS, 1LT, 2LT, *1LTZ, 2LTZ, High Country         * Indicates your trim level |

A detailed description of your vehicle was provided to Autosource by a trained appraiser. Through a partnership with Chevrolet, Audatex AudaVIN retrieves the individual vehicle specifications to identify the vehicle specifications including equipment, packages, engine and transmission. Contact State Farm Insurance if revisions are necessary. The bold/italic font indicates options reported by the manufacturer.

## Vehicle Condition

| | |
|---|---|
| **Seats** | Good |
| **Carpets** | Good |
| **Int Trim** | Good |
| **Glass** | Good |
| **Headliner** | Good |
| **Body** | Good |
| **Paint** | Good |
| **Ext Trim** | Good |
| **Engine** | Well Maintained |

| Transmission | Well Maintained |
|---|---|
| Front Tires | Good |
| Rear Tires | Good |

### Market Overview



### What is my Vehicle Market Value based on?

**63144, Saint Louis Missouri**--Research for your vehicle was based on market analysis originating from your zip code.

Fair and accurate market valuations must balance geographic location with comparability of one vehicle to others. Having the largest and most current database of vehicles for sale provides a comprehensive view of your vehicle's market. In addition to the vehicle inventories received directly from dealerships, Autosource finds comparable vehicle information for vehicles in the same places most buyers look for them--local and national internet websites, vehicle guides, publications and partnerships representing more than 10,000 independent vehicle sources.

### How did Autosource make adjustments for my vehicle?

The main factors that affect the retail selling price and marketability of a vehicle are **odometer, equipment and condition**. Therefore, Autosource valuations include adjustments that fairly consider the differences between your vehicle and the typical vehicle found in the market.

- Odometer
  - Adjustments are made to account for the odometer differences between the loss vehicle and comparable(s).
  - The odometer adjustment is based on 5.50 cents per mile specific to the 2015 Chevrolet Silverado K1500 1LTZ 4WD 4D Extra Short Bed Crew Cab in the state of Missouri. Odometer adjustments are capped at 40% of the vehicle's starting value.
- Equipment
  - Adjustments are made to account for the differences in equipment between the loss vehicle and comparable(s).
  - Equipment adjustments are based on the manufacturer's retail price, adjusted for depreciation
- Condition
  - Typical condition is based on hundreds of inspected vehicles
  - Condition adjustments are based on a percentage of the vehicle's value

### Comparable Vehicle Details

The following information provides the details for the vehicles used to calculate the Autosource Value. The selling price may be substantially less than the asking price. Where indicated, the asking price has been adjusted to account for typical negotiation according to each comparables price.

| 1 | 2015 Chevrolet Silverado K1500 High Country 4WD 4D Crew Cab | 3GCUKTEC4FG290490 | $33,938 |

Stock# 491018A. 46977 Miles. 8 Cylinder 5.3 Engine, 6-Speed Automatic, High Country Pkg, Auxiliary Audio Input, Anti-Lock Brakes, Air Conditioning, Automatic Dimming Mirror, Auto Headlamp Control, Alarm System, Bodyside Moldings, Bose Sound System, Bucket Seats, Cruise Control, AM/FM CD Player, Chromed Alloy Wheels, Chrome Grille, Color-Keyed Bumper(s), Carpeting, Center Console, Chrome Tubular Side Step, Dual Airbags, Rear Window Defroster, Heated Power Mirrors, Driver Information Sys, Dual Pwr Lumbar Supports, Daytime Running Lights, Driver Seat Memory, Dual Zone Auto A/C, Dual Power Seats, Electronic Transfer Case, Floor Mats, Fog Lights, Full Size Spare Tire, Garage Door Opener, Head Airbags, Halogen Headlights, Heated/Cooled Frt Seats, Heavy Duty Battery, Intermittent Wipers, Illuminated Visor Mirror, Keyless Entry System, 1st Row LCD Monitor(s), Locking Differential, Lighted Entry System, Leather Steering Wheel, Leather Seats, Mirror(s) Memory, MP3 Decoder, Navigation System, OnStar System, Pwr Accessory Outlet(s), Parking Assist System, Power Brakes, Performance Suspension, Pwr Folding Ext Mirrors, Power Door Locks, Privacy Glass, Power Steering, Pwr Sliding Rear Window, Power

Windows, 2nd Row Head Airbags, Remote Starter, Rear Side Airbags, Rear View Camera, Side Airbags, Bed Liner, Spray-On, Stability Cntrl Suspensn, Split Folding Rear Seat, Side Mirror Lighting, Emergency S.O.S. System, Subwoofer, Strg Wheel Radio Control, SiriusXM Satellite Radio, Tachometer, Trip Computer, Traction Control System, Theft Deterrent System, Tow Hooks, Camper/Towing Package, Tire Pressure Monitor, Trailer Hitch, Touch Screen Display, Ext Mirror Turn Signals, Tilt & Telescopic Steer, USB Audio Input(s), Vehicle Tracking Service, Wireless Phone Connect, Wireless Audio Streaming, Parking Sensors, Automatic Transmission, Blue Tooth Communications, Floor Mats, 3.42 Ratio, Overdrive.

Offered for sale by Jim Butler Chevrolet in Fenton, MO, (636) 349-8325. Vehicle information by Cars.com on 06/11/18.

The advertised price of $36,998 was adjusted to account for differences in vehicle description ($ -1,950) and typical negotiation.

---

| 2 | **2015 Chevrolet Silverado K1500 High Country 4WD 4D Crew Cab** | 3GCUKTEJ5FG377121 | $36,452 |

Stock# 1857841. 29221 Miles. 8 Cylinder 6.2 liter Engine, 6-Speed Automatic, High Country Pkg, Premium Package, Auxiliary Audio Input, Anti-Lock Brakes, Air Conditioning, Automatic Dimming Mirror, Auto Headlamp Control, Alarm System, Bodyside Moldings, Bose Sound System, Bucket Seats, Cruise Control, AM/FM CD Player, Chromed Alloy Wheels, Chrome Grille, Color-Keyed Bumper(s), Carpeting, Center Console, Chrome Tubular Side Step, Dual Airbags, Rear Window Defroster, Heated Power Mirrors, Driver Information Sys, Dual Pwr Lumbar Supports, Daytime Running Lights, Driver Seat Memory, Dual Zone Auto A/C, Dual Power Seats, Electronic Transfer Case, Fwd. Collision Alert, Floor Mats, Fog Lights, Full Size Spare Tire, Garage Door Opener, Head Airbags, Halogen Headlights, Heated/Cooled Frt Seats, Heavy Duty Battery, Heated Steering Wheel, Intermittent Wipers, Illuminated Visor Mirror, Keyless Entry System, 1st Row LCD Monitor(s), Locking Differential, Lane Departure Alert, Lighted Entry System, Leather Steering Wheel, Leather Seats, Mirror(s) Memory, MP3 Decoder, Navigation System, OnStar System, Pwr Accessory Outlet(s), Parking Assist System, Power Brakes, Performance Suspension, Pwr Folding Ext Mirrors, Power Door Locks, Power Moonroof, Privacy Glass, Power Steering, Pwr Sliding Rear Window, Power Windows, Power Adjustable Pedals, 2nd Row Head Airbags, Remote Starter, Rear Side Airbags, Rear View Camera, Side Airbags, Safety Alert Seat(s), Bed Liner, Spray-On, Stability Cntrl Suspensn, Split Folding Rear Seat, Side Mirror Lighting, Emergency S.O.S. System, Subwoofer, Strg Wheel Radio Control, SiriusXM Satellite Radio, Tachometer, Trip Computer, Traction Control System, Theft Deterrent System, Tow Hooks, Camper/Towing Package, Tire Pressure Monitor, Trailer Brake, Trailer Hitch, Touch Screen Display, Ext Mirror Turn Signals, Tilt & Telescopic Steer, USB Audio Input(s), Vehicle Tracking Service, Wheel Locks, Wireless Phone Connect, Wireless Audio Streaming, Rear Power Windows, sound system.

Offered for sale by Dealer in Fenton, MO, (636) 764-3670. Vehicle information by Vast on 06/11/18.

The advertised price of $39,590 was adjusted to account for differences in vehicle description ($ -1,950) and typical negotiation.

---

| 3 | **2015 Chevrolet Silverado K1500 High Country 4WD 4D Crew Cab** | 3GCUKTEC9FG374448 | $34,420 |

Stock# 170802A. 42121 Miles. 8 Cylinder 5.3 Engine, 6-Speed Automatic, High Country Pkg, Auxiliary Audio Input, Anti-Lock Brakes, Air Conditioning, Automatic Dimming Mirror, Auto Headlamp Control, Alarm System, Bodyside Moldings, Bose Sound System, Bucket Seats, Cruise Control, AM/FM CD Player, Chromed Alloy Wheels, Chrome Grille, Color-Keyed Bumper(s), Carpeting, Center Console, Chrome Tubular Side Step, Dual Airbags, Rear Window Defroster, Heated Power Mirrors, Driver Information Sys, Dual Pwr Lumbar Supports, Daytime Running Lights, Driver Seat Memory, Dual Zone Auto A/C, Dual Power Seats, Electronic Transfer Case, Floor Mats, Fog Lights, Full Size Spare Tire, Garage Door Opener, Head Airbags, Halogen Headlights, Heated/Cooled Frt Seats, Heavy Duty Battery, Intermittent Wipers, Illuminated Visor Mirror, Keyless Entry System, 1st Row LCD Monitor(s), Locking Differential, Lighted Entry System, Leather Steering Wheel, Leather Seats, Mirror(s) Memory, MP3 Decoder, Navigation System, OnStar System, Pwr Accessory Outlet(s), Parking Assist System, Power Brakes, Performance Suspension, Pwr Folding Ext Mirrors, Power Door Locks, Privacy Glass, Power Steering, Pwr Sliding Rear Window, Power Windows, 2nd Row Head Airbags, Remote Starter, Rear Side Airbags, Rear View Camera, Side Airbags, Bed Liner, Spray-On, Stability Cntrl Suspensn, Split Folding Rear Seat, Side Mirror Lighting, Emergency S.O.S. System, Subwoofer, Strg Wheel Radio Control, SiriusXM Satellite Radio, Tachometer, Trip Computer, Traction Control System, Theft Deterrent System, Tow Hooks, Camper/Towing Package, Tire Pressure Monitor, Trailer Hitch, Touch Screen Display, Ext Mirror Turn Signals, Tilt & Telescopic Steer, USB Audio Input(s), Vehicle Tracking Service, Wireless Phone Connect, Wireless Audio Streaming, Bluetooth Connectivity, Floor Mats, LEATHER HEATED SEATS, Signal Mirrors, Power Folding Mirrors.

Offered for sale by Gateway Buick GMC in Hazelwood, MO, (314) 895-1600. Vehicle information by *Leading Internet Auto Site on 03/12/18.

The advertised price of $37,495 was adjusted to account for differences in vehicle description ($ -1,950) and typical negotiation.

---

| 4 | **2015 Chevrolet Silverado K1500 High Country 4WD 4D Crew Cab** | 3GCUKTECXFG373177 | $33,273 |

Stock# TP2870A. 49248 Miles. 8 Cylinder 5.3 Engine, 6-Speed Automatic, High Country Pkg, Auxiliary Audio Input, Anti-Lock Brakes, Air Conditioning, Automatic Dimming Mirror, Auto Headlamp Control, Alarm System, Bodyside Moldings, Bose Sound System, Bucket Seats, Cruise Control, AM/FM CD Player, Chromed Alloy Wheels, Chrome Grille, Color-Keyed Bumper(s), Carpeting, Center Console, Chrome Tubular Side Step, Dual Airbags, Rear Window Defroster, Heated Power Mirrors, Driver Information Sys, Dual Pwr Lumbar Supports, Daytime Running Lights, Driver Seat Memory, Dual Zone Auto A/C, Dual Power Seats, Electronic Transfer Case, Floor Mats, Fog Lights, Full Size Spare Tire, Garage Door Opener, Head Airbags, Halogen

2015 Chevrolet Silverado K1500 1LTZ 4WD 4D Extra Short Bed Crew Cab

Headlights, Heated/Cooled Frt Seats, Heavy Duty Battery, Intermittent Wipers, Illuminated Visor Mirror, Keyless Entry System, 1st Row LCD Monitor(s), Locking Differential, Lighted Entry System, Leather Steering Wheel, Leather Seats, Mirror(s) Memory, MP3 Decoder, Navigation System, OnStar System, Pwr Accessory Outlet(s), Parking Assist System, Power Brakes, Performance Suspension, Pwr Folding Ext Mirrors, Power Door Locks, Privacy Glass, Power Steering, Pwr Sliding Rear Window, Power Windows, 2nd Row Head Airbags, Remote Starter, Rear Side Airbags, Rear View Camera, Side Airbags, Bed Liner, Spray-On, Stability Cntrl Suspensn, Split Folding Rear Seat, Side Mirror Lighting, Emergency S.O.S. System, Subwoofer, Strg Wheel Radio Control, SiriusXM Satellite Radio, Tachometer, Trip Computer, Traction Control System, Theft Deterrent System, Tow Hooks, Camper/Towing Package, Tire Pressure Monitor, Trailer Hitch, Touch Screen Display, Ext Mirror Turn Signals, Tilt & Telescopic Steer, USB Audio Input(s), Vehicle Tracking Service, Wireless Phone Connect, Wireless Audio Streaming, Flex Fuel Option.

Offered for sale by Jim Trenary Chevrolet Of Troy in Chesterfield, MO, (636) 675-0158. Vehicle information by Vast on 06/10/18.

The advertised price of $36,312 was adjusted to account for differences in vehicle description ($ -1,950) and typical negotiation.

_____

## Administrative Data

AJ EBWT  
State Farm Insurance  
AZ Property Injury Unit Branch  
2700 South Sunland Dr  
Tempe AZ 85282  

| | |
|---|---|
| Claimant | |
| Insured | Yancey, Joseph |
| Claim | 25-4416-Q0901 |
| Loss Date | 06/06/2018 |
| Loss Type | Collision |
| Policy | |
| Other | |

| | |
|---|---|
| License Expiration | 1000-01 |

## VINSOURCE Analysis

| | |
|---|---|
| VIN | 3GCUKSEC8FG354041 |
| Decodes as | 2015 Chevrolet Silverado K1500 1LTZ 4WD 4D Extra Short Bed Crew Cab |
| Accuracy | Decodes Correctly |
| History | Activity was reported |
| AudaVIN | Yes |

- **Autosource activity: (NONE).**
- **Autotrak activity: (NONE).**
- **Audatex/Estimating activity: (NONE)**
- **Sales history activity: (NONE)**

## NICB Report

| | | | |
|---|---|---|---|
| NICB/ISO Member | S037 STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | | |
| Claim | 254416Q09 | Loss Date | 06/06/18 |
| Type of Loss | PROPERTY/CASUALTY | Phone | |

## Recall Bulletins

Nat'l. Highway Traffic Safety Admin (US) has issued a total of 5 recall bulletins that may apply to this vehicle.

| | |
|---|---|
| NHTSA ID Number | 15V640000 |
| Date Issued | 10/09/15 |
| Quantity Affected | 3,073 |

| | |
|---:|---|
| Defect | General Motors LLC (GM) is recalling certain model year 2014-2015 Chevrolet Silverado and GMC Sierra trucks manufactured January 24, 2014, to February 26, 2014, 2015 Chevrolet Suburban vehicles manufactured February 12, 2014 and Chevrolet Tahoe vehicles manufactured February 6, 2014, to February 13, 2014. In the affected vehicles, the ignition lock actuator may bind, making turning the key difficult or causing the ignition to get stuck in the "Start" position.<br><br>If stuck in the "Start" position, the ignition may suddenly snap back into the "Accessory" position, causing a loss of engine, steering, and braking power, increasing the risk of a vehicle crash. If the vehicle is in a crash, the air bags may not deploy, increasing the risk of occupant injury. |
| Remedy | GM will notify owners, and dealers will replace the ignition lock housing, free of charge. The recall began on November 20, 2015. Owners may contact Chevrolet customer service at 1-800-222-1020 or GMC customer service at 1-800-462-8782. GM's number for this recall is 15573. |
| **NHTSA ID Number** | 16V209000 |
| Date Issued | 04/12/16 |
| Quantity Affected | 895,232 |
| Defect | General Motors LLC (GM) is recalling certain model year 2014-2015 Chevrolet Silverado 1500 and GMC Sierra 1500 trucks manufactured January 29, 2013, to January 21, 2015. While entering the vehicle, the seat belt tensioner cable may be positioned such that the driver slides over it. This movement may result in the fatigue and separation of the cable.<br><br>If the tensioner cable separates, the driver may not be properly restrained in the event of a crash, increasing their risk of injury. |
| Remedy | GM will notify owners, and dealers will modify the vehicles to prevent the tensioner from being damaged. Any tensioner that has already been damaged will be replaced, free of charge. The recall began on August 11, 2016. Owners may contact Chevrolet customer service at 1-800-222-1020 or GMC customer service at 1-800-462-8782. GM's number for this recall is 15822. |
| **NHTSA ID Number** | 16V651000 |
| Date Issued | 09/08/16 |
| Quantity Affected | 3,640,162 |
| Defect | General Motors LLC (GM) is recalling certain model year 2015-2017 Chevrolet Silverado 2500 HD, 3500 HD, Tahoe, Suburban, GMC Sierra 2500 HD and 3500 HD, GMC Yukon, GMC Yukon XL, Cadillac Escalade and Cadillac Escalade ESV vehicles and 2014-2017 Chevrolet Corvette, Silverado 1500, Trax, Caprice Police Pursuit Vehicle, GMC Sierra 1500, Buick Encore, and 2014-2016 Buick Lacrosse, Chevrolet Spark EV and SS vehicles. In the affected vehicles, certain driving conditions may cause the air bag sensing and diagnostic module (SDM) software to activate a diagnostic test. During this test, deployment of the frontal air bags and the seat belt pretensioners would not occur in the event of a crash.<br><br>A failure of the front air bags or seat belt pretensioners to deploy in the event of a crash necessitating deployment increases the risk of injury to the driver and front passenger. |
| Remedy | GM will notify owners, and dealers will reflash the SDM software. Vehicles that have had a previous air bag deployment will have the SDM replaced. These repairs will be performed free of charge. The recall began on October 13, 2016. Owners may contact Buick customer service at 1-800-521-7300, Cadillac customer service at 1-800-458-8006, Chevrolet customer service at 1-800-222-1020, or GMC customer service at 1-800-462-8782. GM's number for this recall is 16007. |
| **NHTSA ID Number** | 17V437000 |
| Date Issued | 07/10/17 |
| Quantity Affected | 40,683 |
| Defect | General Motors LLC (GM) is recalling certain model year 2014-2016 Buick Lacrosse and Chevrolet Spark EV, Caprice PPV and SS vehicles, 2014-2017 Buick Encore and Chevrolet Corvette, Silverado 1500 and GMC Sierra 1500 vehicles, 2015-2016 Cadillac Escalade and Escalade ESV, Chevrolet Tahoe, Trax, Suburban and Silverado 2500 and 3500 and GMC Yukon and Yukon XL vehicles, and 2015-2017 GMC Sierra HD 2500 and 3500 vehicles. While being previously remedied for recall 16V-651, the affected vehicles may not have received the complete software update necessary to remedy the recall condition. Without the update, certain driving conditions may cause the air bag sensing and diagnostic module (SDM) software to activate a diagnostic test. During this test, deployment of the frontal air bags and the seat belt pretensioners would not occur in the event of a crash. |

2014 Chevrolet Silverado K1500 1LTZ 4WD 4D Extra Short Bed Crew Cab

| | |
|---|---|
| Remedy | GM will notify owners, and dealers will reflash the SDM software. Vehicles that have had a previous air bag deployment will have the SDM replaced. These repairs will be performed free of charge. The manufacturer has not yet provided a notification schedule. Owners may contact Buick customer service at 1-800-521-7300, Cadillac customer service at 1-800-458-8006, Chevrolet customer service at 1-800-222-1020, or GMC customer service at 1-800-462-8782. GM's number for this recall is 17287. |
| NHTSA ID Number | 18V291000 |
| Date Issued | 05/03/18 |
| Quantity Affected | 23,004 |
| Defect | General Motors LLC (GM) is recalling certain 2015-2016 Chevrolet Silverado 1500 and Tahoe Police Pursuit and Special-Service vehicles. The flexible steel cable connecting the driver's seat belt to the outboard side of the seat may be repeatedly bent over the seat side shield as the driver enters and exits the vehicle causing the cable to fatigue and separate. |
| Remedy | GM will notify owners, and dealers will replace the pretensioner cable and seat side-shield, free of charge. The manufacturer has not yet provided a notification schedule. Owners may contact Chevrolet customer service at 1-800-222-1020. GM's number for this recall is 18156. |

## Original Equipment Guide

| | Engine Options | | | Transmission Options | |
|---|---|---|---|---|---|
| * | 8 Cylinder 5.3 Engine | STD | * | 6-Speed Automatic | STD |
| | 8 Cylinder 6.2 liter Engine | $2,495 | | 8-Speed Automatic | $0 |
| | **Other Optional Equipment** | | | **Convenience Options** | |
| * | Anti-Lock Brakes | STD | * | Air Conditioning | STD |
| | All-Weather Mats (Floor) | $160 | * | Automatic Dimming Mirror | STD |
| | Bed Liner | $395 | * | Auto Headlamp Control | STD |
| | Bed Mat | $140 | * | Cruise Control | STD |
| * | Bodyside Moldings | STD | * | Rear Window Defroster | STD |
| | Bed Rug Mat | $535 | * | Daytime Running Lights | STD |
| * | Chrome Bumper(s) | STD | * | Dual Zone Auto A/C | STD |
| * | Chrome Grille | STD | * | Electronic Transfer Case | STD |
| | Color-Keyed Bumper(s) | | | Floor Mats | $180 |
| | Color-Keyed Grille | | * | Garage Door Opener | STD |
| | Special Factory Paint | $995 | * | Illuminated Visor Mirror | STD |
| * | Center Console | TYP | | Mud/Splash Guards | |
| * | Chrome Tubular Side Step | | * | Parking Assist System | $395 |
| * | Dual Airbags | STD | | Reverse Sensing System | |
| * | Driver Information Sys | STD | * | Rear View Camera | STD |
| | Engine Block Heater | $90 | * | Side Mirror Lighting | STD |
| | Xtra Storage Cmprtmnt(s) | $230 | * | Strg Wheel Radio Control | STD |
| | Fwd. Collision Alert | | * | Tire Pressure Monitor | STD |
| * | Fog Lights | STD | * | Tilt & Telescopic Steer | STD |
| * | Head Airbags | STD | | **Power Accessories** | |
| | Hi-Flow Air Cleaner | $25 | * | Heated Power Mirrors | STD |
| * | Halogen Headlights | STD | * | Dual Pwr Lumbar Supports | STD |
| * | Heavy Duty Battery | STD | * | Dual Power Seats | STD |
| | Heavy Duty Cooling | | | Heatd Pwr Camper Mirrors | |
| * | Heated Steering Wheel | TYP | * | Power Brakes | STD |
| | Hard Tonneau Cover | $920 | * | Pwr Folding Ext Mirrors | STD |
| * | Intermittent Wipers | STD | * | Power Door Locks | STD |

| | | | | | | |
|---|---|---|---|---|---|---|
| * | Keyless Entry System | STD | | * | Power Steering | STD |
| | LED Bed Lighting | $60 | | * | Pwr Sliding Rear Window | STD |
| * | 1st Row LCD Monitor(s) | STD | | * | Power Windows | STD |
| * | Locking Differential | STD | |  | Radio/Phone/Alarm Options | |
| | Lane Departure Alert | | | * | Auxiliary Audio Input | STD |
| * | Lighted Entry System | STD | | * | Alarm System | STD |
| * | Leather Steering Wheel | STD | | * | Bose Sound System | $500 |
| * | Mirror(s) Memory | STD | | * | AM/FM CD Player | STD |
| | Metallic Paint | | | * | MP3 Decoder | STD |
| * | Navigation System | $495 | | * | SiriusXM Satellite Radio | STD |
| * | OnStar System | STD | | * | Theft Deterrent System | STD |
| * | Performance Suspension | TYP | | * | Touch Screen Display | STD |
| * | Privacy Glass | STD | | * | USB Audio Input(s) | STD |
| * | Power Adjustable Pedals | TYP | |  | Seat Options | |
| | Rear Entertainment Systm | $1,495 | | * | Bucket Seats | TYP |
| * | 2nd Row Head Airbags | STD | | * | Driver Seat Memory | STD |
| * | Remote Starter | STD | | * | Heated/Cooled Frt Seats | $650 |
| * | Rear Side Airbags | STD | | | Heated Front Seats | STD |
| * | Side Airbags | STD | | * | Leather Seats | STD |
| | Safety Alert Seat(s) | | | | Split Front Bench Seat | STD |
| | Bed Liner, Spray-On | $475 | | * | Split Folding Rear Seat | STD |
| * | Stability Cntrl Suspensn | STD | |  | Wheel Options | |
| * | Tachometer | STD | | | 22 Inch Alloy Wheels | |
| * | Trip Computer | STD | | | Aluminum/Alloy Wheels | STD |
| * | Traction Control System | STD | | * | Chromed Alloy Wheels | TYP |
| | Tonneau/Cargo Cover | | |  | Roof Options | |
| * | Tow Hooks | STD | | * | Power Moonroof | $995 |
| * | Camper/Towing Package | STD | |  | Tires | |
| | Trailer Brake | $230 | | * | Full Size Spare Tire | STD |
| * | Trailer Hitch | STD | | | | |
| * | Ext Mirror Turn Signals | STD | | | | |
| | Tubular Side Steps | | | | | |
| | Wheel Locks | $55 | | | | |
| * | Wireless Phone Connect | STD | | | | |
| * | Wireless Audio Streaming | STD | | | | |

| | | | |
|---|---|---|---|
|  | Option Packages | | |
| * | 1LZ Package | STD | |
| * | 20 In Chrome Alloy Wheels | $1,395 | Includes Chromed Alloy Wheels |
| | 22 In 5-Spoke Silver Whls | $2,995 | Includes 22 Inch Alloy Wheels, Ultra Bright w/High Gloss Black |
| | 22 In 7-Spoke Silver Whls | $2,995 | Includes 22 Inch Alloy Wheels, Silver Or Silver W/Black Inserts |
| | 22 In Chrome 6-Spoke Whls | $2,995 | Includes Chromed Alloy Wheels, Chrome 6-Spoke Multi-Featured Design |
| | 6-Spoke Alloy Wheels | $2,995 | Includes 22 Inch Alloy Wheels, Black Or Silver Ultra-Bright Wheels |
| | Assist Handle | $80 | Includes Driver's Side |
| | Back-Up Alarm | $138 | |
| | Bed Net | $60 | |

|   | Option | Price | Description |
|---|---|---|---|
|   | Bed Protection Package | $845 | Includes Bed Mat, Tailgate Liner, Soft Tonneau Cover |
|   | Black Bowtie Emblems | $185 |   |
|   | Black Molded Splash Guard | $155 | Includes Mud/Splash Guards |
|   | Black Tubular Step 4" | $630 | Includes Tubular Side Steps, Black 4 Inch Round Assist Steps |
|   | Black Tubular Step 6" | $700 | Includes Tubular Side Steps, Black 6 Inch Rectangular Assist Steps |
|   | Body Color Splash Guards | $250 | Includes Mud/Splash Guards, Molded Splash Guards |
|   | Bright Finish Grille | $565 | Includes Bright Chrome Grille |
| * | Bucket Seat Package | $375 | Includes Bucket Seats, Center Console |
|   | Cargo Convenience Group | $435 | Includes All-Weather Mats (Floor), Xtra Storage Cmprtmnt(s), Console Insert |
|   | Cargo Tie Downs | $60 | Includes 4 Movable Upper Cargo Tie Downs |
|   | Chrome Appearance Package | $870 | Includes Polished Exhaust Tip(s), Chrome Tubular Step 4", Chrome Recovery Hooks |
|   | Chrome Fuel Door | $205 |   |
|   | Chrome Tailgate Handle | $140 |   |
|   | Chrome Tubular Step 4" | $685 | Includes Chrome Tubular Side Step, Chrome 4 Inch Round Assist Steps |
|   | Chrome Tubular Step 6" | $700 | Includes Chrome Tubular Side Step, Chrome 6 Inch Rectangular Assist Steps |
|   | Console Insert | $45 | Includes Console Insert Expandable Folder Tote |
|   | Console Insert #2 | $60 | Includes Console Insert Organizer Tray |
|   | Custom Sill Plates | $145 |   |
|   | Custom Sport Package | $2,295 | Includes Color-Keyed Bumper(s), Color-Keyed Grille, Reverse Sensing System, Bed Liner, Spray-On, 20 In Chrome Alloy Wheels, Rear Bumper Cornersteps, Body-Color Grille With Chrome Bars |
|   | Deep Ocean Blue Metallic | $495 | Includes Metallic Paint |
|   | Driver Alert Package | $845 | Includes Fwd. Collision Alert, Lane Departure Alert, Parking Assist System, Safety Alert Seat(s) |
|   | Flat Mud/Splash Guards | $130 | Includes Mud/Splash Guards, Flat Black Mud/Splash Guards |
|   | Flex Fuel Option | $100 |   |
|   | Grille W/Black Mesh | $420 | Includes Color-Keyed Grille, Body-Color Grille With Black Mesh |
|   | Grille W/Chrome Mesh | $545 | Includes Color-Keyed Grille, Body-Color Grille With Chrome Mesh |
|   | Max Trailering Pack | $980 | Includes Heavy Duty Cooling, Trailer Brake, 3.73 Rear Axle Ratio, Heavier Duty Rear Springs, Increased RGAWR, 9.76 Inch Rear Axle |
|   | Metal Bed Storage Box | $555 |   |
|   | Mirror Package | $230 | Includes Heatd Pwr Camper Mirrors, Power Telescoping Mirrors, Auxiliary Cargo Lamp, Auxiliary Amber Clearance Lamp |
| * | Plus Package | $1,165 | Includes Bose Sound System, Heated Steering Wheel, Parking Assist System, Power Adjustable Pedals |
|   | Polished Exhaust Tip(s) | $135 |   |
|   | Rainforest Green Metallic | $495 | Includes Metallic Paint |
|   | Retractable Assist Step | $360 | Includes Cargo Box Retractable Side Assist Step |
|   | Soft Tonneau Cover | $625 | Includes Tonneau/Cargo Cover, Soft Folding Tonneau Cover |
| * | Sport Trim | $1,395 | Includes Bose Sound System, 20 In Chrome Alloy Wheels, Chrome Mirror Caps, Chrome Door Handles |
|   | Sunset Orange Metallic | $495 | Includes Metallic Paint |

| | | |
|---|---|---|
| Synthesis Silver Int Trim | $270 | Includes Synthesis Silver Interior Trim Kit |
| Tailgate Liner | $80 | |
| Texas Edition Package | $1,395 | Includes Bose Sound System, 20 In Chrome Alloy Wheels, Chrome Mirror Caps, Chrome Door Handles, Texas Edition Badging |
| Underbody Shield Package | $295 | |
| Univ Of Texas Spec Edit. | $795 | Includes Sunset Orange Metallic, Special UT Decals on Truck Bed |
| Vinyl Tonneau Cover | $585 | Includes Tonneau/Cargo Cover, Integrated Support Bows |
| | Base retail price | $46,315 |
| | **Loss Vehicle manufacturer's suggested retail price as reported** | **$51,620** |

Editions available for the same body style (in order of original cost, increasing): WT, LS, 1LT, 2LT, *1LTZ, 2LTZ, High Country

* Indicates loss vehicle equipment.

### About Your Valuation

This report contains proprietary information of Audatex and third parties and shall not be disclosed to any third party (other than the insured or claimant) without Audatex's prior written consent. If you are the insured or claimant and have questions regarding the description of your vehicle, please contact the insurance company that is handling your claim. Information within VINsource/NICB is provided solely to identify potential duplicative claims activity. User agrees to use such information solely for lawful purposes.

Tax rates contained herein are based on general sales tax data provided by Vertex Inc. Excise, use, registration, licensing and other taxes and fees that may be applicable are not included. Audatex makes no representations or warranties concerning the applicability or accuracy of such tax data.

Report Generated by Audatex, a Solera Company

US Pat. No 7912740B2

US Pat. No 8200513B2

US Pat. No 8468038B2

US Pat. No 8725544



© 2018 Audatex North America, Inc. All Rights Reserved.