Report Date 10/22/20	2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan



# Autosource
## Market-Driven Valuation™

---

State Farm Insurance is dedicated to delivering exceptional service to you in reference to your claim 25-12C5-23T01 from loss date 10/02/2020 on a 2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan. State Farm Insurance has selected Audatex, an independent vehicle valuation company, to prepare a comprehensive vehicle valuation for your vehicle. This valuation report was prepared specifically for your vehicle and represents a fair and accurate value driven by the retail used vehicle market.

In these pages, you will find:

=> Vehicle Inspection
=> Market Overview
=> Valuation Detail

## Market Value
## $12,636



---

**The Valuation Process**

The breadth and depth of the Audatex used vehicle database makes Autosource the most comprehensive market-driven valuation process available. Audatex has been determining locally sensitive, fair, and accurate market values for vehicles since 1985, with more than 30 million vehicles valued. The Autosource Market Value includes vehicles for sale at dealerships and private party sellers, starting right in the local market.

---

**Valuation Detail**

**1. 2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan**

|  | Comparable 1 | Your Vehicle | Adjustments |
|---|---|---|---|
| **Price** | Portage Des Sioux, Mo |  | **$11,745** |
| Odometer | 96,168 Mi(Actual) | 77,227 Mi(Actual) | 475 |
| Equipment |  | Alarm System | 65 |
|  |  | Power Moonroof | 180 |
|  |  | Comparable 1 Adjusted Price | $12,465 |

**2. 2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan**

|  | Comparable 2 | Your Vehicle | Adjustments |
|---|---|---|---|
| **Price** | Portage Des Sioux, Mo |  | **$11,745** |
| Odometer | 67,818 Mi(Actual) | 77,227 Mi(Actual) | -235 |
|  |  | Alarm System | 65 |

Report Date 10/22/20                                                        2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan

|  |  |  |  |
|---|---|---|---:|
|  |  | Power Moonroof | 180 |
|  |  | Comparable 2 Adjusted Price | $11,755 |

**3. 2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan**

|  | Comparable 3 | Your Vehicle | Adjustments |
|---|---|---|---:|
| **Price** | Portage Des Sioux, Mo |  | **$11,745** |
| Odometer | 64,699 Mi(Actual) | 77,227 Mi(Actual) | -315 |
|  |  | Alarm System | 65 |
|  |  | Power Moonroof | 180 |
|  |  | Comparable 3 Adjusted Price | $11,675 |

**4. 2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan**

|  | Comparable 4 | Your Vehicle | Adjustments |
|---|---|---|---:|
| **Price** | Portage Des Sioux, Mo |  | **$11,745** |
| Odometer | 69,316 Mi(Actual) | 77,227 Mi(Actual) | -200 |
|  |  | Alarm System | 65 |
|  |  | Power Moonroof | 180 |
|  |  | Comparable 4 Adjusted Price | $11,790 |

**Final Market Value Calculation**

| | |
|---|---:|
| 1.2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan | $12,465 |
| 2.2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan | $11,755 |
| 3.2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan | $11,675 |
| 4.2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan | $11,790 |
| Average Price | $11,921 |

**Condition**

| Category | Typical Condition | Loss Vehicle Condition | |
|---|---|---|---:|
| Seats Condition | Minor Wear | Good | 170 |
| Carpets Condition | Minor Wear | Good | 40 |
| Int Trim Condition | Minor Damage | Good | 65 |
| Body Condition | Minor Damage | Good | 265 |
| Paint Condition | Minor Wear | Good | 175 |
| | | **Total Condition Adjusted Market Value** | **$12,636** |
| | | Deductible | -500.00 |
| | | **Net Adjusted Value** | **$12,136.00** |

This valuation was processed using our Multiple Comparable valuation methodology.

<div style="border: 1px solid orange; padding: 4px;">**Valuation Notes**</div>

- **Loss vehicle description was provided by State Farm Insurance**
- **Adjustments of Special Note**
    - The requested Exception valuation has been processed using one or more Comparables in order to meet state regulatory requirements.
    - An odometer adjustment of 2.50 cents per mile/kilometer has been applied. This adjustment is based on the vehicle year, vehicle category and market area. Odometer adjustments are capped at 40% of the vehicle's starting value.
    - Typical miles for this 2013 Volkswagen Passat in Missouri is 104,832.

- No special adjustments were made for this vehicle.
- All values are in U.S. dollars.
- **Autosource Valuation Process**
  - Over 8,000,000 vehicles are entered weekly into the database used for researching this value. This database includes dealer inspected, dealer inventory, dealer advertised, phone verified and advertised private party vehicles.
  - The originating search area for this valuation was Black Jack, Missouri.
- **Other Adjustments or Comments**
  - No tax rate was found for the information provided. City, county and Zip Code are required to identify the tax rate.
- **Conditioning Notes**
  - INTERIOR
    - **Seats**: No obvious damage.
    - **Carpets**: No obvious damage.
    - **Int Trim**: No obvious damage.
    - **Glass**: No obvious damage.
    - **Headliner**: No damage.
  - EXTERIOR
    - **Body**: No visible damage.
    - **Paint**: No obvious damage.
    - **Ext Trim**: No damage.

| Vehicle Description |
| --- |

### VIN: 1VWBN7A37DC110136

*2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan*

**77,227 Miles Actual**

*4cyl Diesel Turbo 2.0*
*6-Speed Automatic*



| | | | |
| --- | --- | --- | --- |
| Interior | Air Conditioning | Alarm System | Dual Zone Auto A/C |
| | Cruise Control | Center Console | Bucket Seats |
| | Heated Front Seats | Intermittent Wipers | Illuminated Visor Mirror |
| | Lighted Entry System | Leather Shift Knob | Overhead Console |
| | Pwr Driver Lumbar Supp | Power Door Locks | Power Windows |
| | Power Drivers Seat | Split Folding Rear Seat | Vinyl Seats |
| | Leather Steering Wheel | Tachometer | Trip Computer |
| | Tire Pressure Monitor | Tilt & Telescopic Steer | |
| Exterior | Rear Window Defroster | Heated W/S Wiper Washers | Keyless Entry System |
| | Heated Power Mirrors | Rem Trunk-L/Gate Release | Power Moonroof |
| | Tinted Glass | Aluminum/Alloy Wheels | |
| Mechanical | Engine Block Heater | Power Brakes | Power Steering |
| Safety | Automatic Dimming Mirror | Auto Headlamp Control | Dual Airbags |
| | Anti-Lock Brakes | Daytime Running Lights | Elect. Stability Control |
| | Head Airbags | Halogen Headlights | 2nd Row Head Airbags |
| | Side Airbags | Traction Control System | Theft Deterrent System |
| Entertainment | MP3 Decoder | AM/FM In-dash CD Changer | Sirius Satellite Radio |

Report Date 10/22/20                                         2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan

| | Strg Wheel Radio Control | Wireless Phone Connect | Wireless Audio Streaming |
|---|---|---|---|
| Trim Levels | *2.0 TDI SE, 2.0 TDI SEL Prem | | * Indicates your trim level |

A detailed description of your vehicle was provided to Autosource by a trained appraiser. Through a partnership with Volkswagen, Audatex AudaVIN retrieves the individual vehicle specifications to identify the vehicle specifications including equipment, packages, engine and transmission. Contact State Farm Insurance if revisions are necessary. The bold/italic font indicates options reported by the manufacturer.

### Vehicle Condition

| | |
|---|---|
| Seats | Good. No Obvious Damage. |
| Carpets | Good. No Obvious Damage. |
| Int Trim | Good. No Obvious Damage. |
| Glass | Good. No Obvious Damage. |
| Headliner | Good. No Damage. |
| Body | Good. No Visible Damage. |
| Paint | Good. No Obvious Damage. |
| Ext Trim | Good. No Damage. |
| Engine | Minor Wear |
| Transmission | Minor Wear |
| Front Tires | Good |
| Rear Tires | Good |

### Market Overview



#### What is my Vehicle Market Value based on?

**63033-4113, Black Jack Missouri**--Research for your vehicle was based on market analysis originating from your zip/postal code.

Fair and accurate market valuations must balance geographic location with comparability of one vehicle to others. Having the largest and most current database of vehicles for sale provides a comprehensive view of your vehicle's market. In addition to the vehicle inventories received directly from dealerships, Autosource finds comparable vehicle information for vehicles in the same places most buyers look for them--local and national internet websites, vehicle guides, publications and partnerships representing more than 10,000 independent vehicle sources.

#### How did Autosource make adjustments for my vehicle?

The main factors that affect the retail selling price and marketability of a vehicle are **odometer, equipment and condition**. Therefore, Autosource valuations include adjustments that fairly consider the differences between your vehicle and the typical vehicle found in the market.

- Odometer
    - Adjustments are made to account for the odometer differences between the loss vehicle and comparable(s).
    - The odometer adjustment is based on 2.50 cents per mile specific to the 2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan in the state of Missouri. Odometer adjustments are capped at 40% of the vehicle's starting value.
- Equipment
    - Adjustments are made to account for the differences in equipment between the loss vehicle and comparable(s).
    - Equipment adjustments are based on the manufacturer's retail price, adjusted for depreciation

Report Date 10/22/20    2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan

- Condition
  - Typical condition is based on hundreds of inspected vehicles
  - Condition adjustments are based on a percentage of the vehicle's value

| Comparable Vehicle Details |
|---|

The following information provides the details for the vehicles used to calculate the Autosource Value. The selling price may be substantially less than the asking price. Where indicated, the asking price has been adjusted to account for typical negotiation according to each comparables price.

| 1 | 2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan | 1VWBN7A30DC050216 | $11,745 |

Stock# J3625. 96168 Miles. 4 Cylinder Diesel Turbo 2.0 Engine, 6-Speed Automatic, Anti-Lock Brakes, Air Conditioning, Automatic Dimming Mirror, Auto Headlamp Control, Aluminum/Alloy Wheels, Bucket Seats, Cruise Control, Center Console, Dual Airbags, Rear Window Defroster, Heated Power Mirrors, Daytime Running Lights, Dual Zone Auto A/C, Engine Block Heater, Power Drivers Seat, Elect. Stability Control, Head Airbags, Halogen Headlights, Heated Front Seats, Heated W/S Wiper Washers, AM/FM In-dash CD Changer, Intermittent Wipers, Illuminated Visor Mirror, Keyless Entry System, Lighted Entry System, Leather Shift Knob, Leather Steering Wheel, MP3 Decoder, Overhead Console, Power Brakes, Pwr Driver Lumbar Supp, Power Door Locks, Power Steering, Power Windows, 2nd Row Head Airbags, Rem Trunk-L/Gate Release, Side Airbags, Split Folding Rear Seat, Sirius Satellite Radio, Strg Wheel Radio Control, Tachometer, Trip Computer, Traction Control System, Theft Deterrent System, Tinted Glass, Tire Pressure Monitor, Tilt & Telescopic Steer, Vinyl Seats, Wireless Phone Connect, Wireless Audio Streaming.

Offered for sale by Dealer in Portage des Sioux, MO, (314) 899-5803. Vehicle information by *Leading Internet Auto Site on 08/31/20.

The advertised price of $12,495 was adjusted to account for typical negotiation.

| 2 | 2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan | 1VWBN7A30DC126405 | $11,745 |

Stock# J3528. 67818 Miles. 4 Cylinder Diesel Turbo 2.0 Engine, 6-Speed Automatic, Anti-Lock Brakes, Air Conditioning, Automatic Dimming Mirror, Auto Headlamp Control, Aluminum/Alloy Wheels, Bucket Seats, Cruise Control, Center Console, Dual Airbags, Rear Window Defroster, Heated Power Mirrors, Daytime Running Lights, Dual Zone Auto A/C, Engine Block Heater, Power Drivers Seat, Elect. Stability Control, Head Airbags, Halogen Headlights, Heated Front Seats, Heated W/S Wiper Washers, AM/FM In-dash CD Changer, Intermittent Wipers, Illuminated Visor Mirror, Keyless Entry System, Lighted Entry System, Leather Shift Knob, Leather Steering Wheel, MP3 Decoder, Overhead Console, Power Brakes, Pwr Driver Lumbar Supp, Power Door Locks, Power Steering, Power Windows, 2nd Row Head Airbags, Rem Trunk-L/Gate Release, Side Airbags, Split Folding Rear Seat, Sirius Satellite Radio, Strg Wheel Radio Control, Tachometer, Trip Computer, Traction Control System, Theft Deterrent System, Tinted Glass, Tire Pressure Monitor, Tilt & Telescopic Steer, Vinyl Seats, Wireless Phone Connect, Wireless Audio Streaming.

Offered for sale by Dealer in Portage des Sioux, MO, (314) 899-5803. Vehicle information by *Leading Internet Auto Site on 07/19/20.

The advertised price of $12,495 was adjusted to account for typical negotiation.

| 3 | 2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan | 1VWBN7A34DC048694 | $11,745 |

Stock# J3518. 64699 Miles. 4 Cylinder Diesel Turbo 2.0 Engine, 6-Speed Automatic, Anti-Lock Brakes, Air Conditioning, Automatic Dimming Mirror, Auto Headlamp Control, Aluminum/Alloy Wheels, Bucket Seats, Cruise Control, Center Console, Dual Airbags, Rear Window Defroster, Heated Power Mirrors, Daytime Running Lights, Dual Zone Auto A/C, Engine Block Heater, Power Drivers Seat, Elect. Stability Control, Head Airbags, Halogen Headlights, Heated Front Seats, Heated W/S Wiper Washers, AM/FM In-dash CD Changer, Intermittent Wipers, Illuminated Visor Mirror, Keyless Entry System, Lighted Entry System, Leather Shift Knob, Leather Steering Wheel, MP3 Decoder, Overhead Console, Power Brakes, Pwr Driver Lumbar Supp, Power Door Locks, Power Steering, Power Windows, 2nd Row Head Airbags, Rem Trunk-L/Gate Release, Side Airbags, Split Folding Rear Seat, Sirius Satellite Radio, Strg Wheel Radio Control, Tachometer, Trip Computer, Traction Control System, Theft Deterrent System, Tinted Glass, Tire Pressure Monitor, Tilt & Telescopic Steer, Vinyl Seats, Wireless Phone Connect, Wireless Audio Streaming.

Offered for sale by Dealer in Portage des Sioux, MO, (314) 899-5803. Vehicle information by *Leading Internet Auto Site on 07/08/20.

The advertised price of $12,495 was adjusted to account for typical negotiation.

| 4 | 2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan | 1VWBN7A37DC137546 | $11,745 |

Report Date 10/22/20                                      2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan

Stock# J3577. 69316 Miles. 4 Cylinder Diesel Turbo 2.0 Engine, 6-Speed Automatic, Anti-Lock Brakes, Air Conditioning, Automatic Dimming Mirror, Auto Headlamp Control, Aluminum/Alloy Wheels, Bucket Seats, Cruise Control, Center Console, Dual Airbags, Rear Window Defroster, Heated Power Mirrors, Daytime Running Lights, Dual Zone Auto A/C, Engine Block Heater, Power Drivers Seat, Elect. Stability Control, Head Airbags, Halogen Headlights, Heated Front Seats, Heated W/S Wiper Washers, AM/FM In-dash CD Changer, Intermittent Wipers, Illuminated Visor Mirror, Keyless Entry System, Lighted Entry System, Leather Shift Knob, Leather Steering Wheel, MP3 Decoder, Overhead Console, Power Brakes, Pwr Driver Lumbar Supp, Power Door Locks, Power Steering, Power Windows, 2nd Row Head Airbags, Rem Trunk-L/Gate Release, Side Airbags, Split Folding Rear Seat, Sirius Satellite Radio, Strg Wheel Radio Control, Tachometer, Trip Computer, Traction Control System, Theft Deterrent System, Tinted Glass, Tire Pressure Monitor, Tilt & Telescopic Steer, Vinyl Seats, Wireless Phone Connect, Wireless Audio Streaming.

Offered for sale by Dealer in Portage des Sioux, MO, (314) 899-5803. Vehicle information by *Leading Internet Auto Site on 09/07/20.

The advertised price of $12,495 was adjusted to account for typical negotiation.

---

### Administrative Data

| | | | |
|---|---|---|---|
| Troy PKI5 | | Claimant | |
| State Farm Insurance | | Insured | Gully, Simone |
| STATE FARM CENTRAL KS Branch | | Claim | 25-12C5-23T01 |
| | | Loss Date | 10/02/2020 |
| Tempe AZ 85282 | | Loss Type | Collision |
| | | Policy | |
| | | Other | |
| | License Expiration | 2020-09 | |

### VINSOURCE Analysis

| | |
|---|---|
| VIN | 1VWBN7A37DC110136 |
| Decodes as | 2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan |
| Accuracy | Decodes But Not Totally Valid |
| History | No activity was reported |
| AudaVIN | Yes |

### Reported Phone Number Analysis

No Vehicles Advertised at (314) 326-6333

No Vehicles Advertised at (314) 326-6336

### NICB Report

| | | | |
|---|---|---|---|
| NICB/ISO Member | S037 STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | | |
| Claim | 2512C523T | Loss Date | 10/02/20 |
| Type of Loss | PROPERTY/CASUALTY | Phone | |

### Recall Bulletins

Nat'l. Highway Traffic Safety Admin (US) has issued a total of 5 recall bulletins that may apply to this vehicle.

**NHTSA ID Number** 14V125000

Report Date 10/22/20                                                          2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan

| | |
|---:|:---|
| Date Issued | 03/17/14 |
| Quantity Affected | 150,201 |
| Defect | Volkswagen Group of America (Volkswagen) is recalling certain model year 2012-2013 Passat vehicles manufactured January 2011 through November 2012. In the affected vehicles, the low beam headlight bulb may become loose and lose electrical contact. |
| | A loss of low beam headlights may reduce the driver's visibility and increase the risk of a crash. |
| Remedy | Volkswagen notified owners, and dealers will replace the bulb holder, free of charge. The recall began in May 2014. Owners may contact Volkswagen at 1-800-822-8987. Volkswagens recall number associated with this campaign is 94G8/7V. |
| **NHTSA ID Number** | 15V483000 |
| Date Issued | 08/04/15 |
| Quantity Affected | 415,825 |
| Defect | Volkswagen Group of America, Inc. (Volkswagen) is recalling certain model year 2010-2014 Volkswagen CC, and Passat, 2010-2013 Eos, 2011-2014 Golf, GTI, Jetta, and Tiguan, and 2012-2014 Jetta Sportwagen vehicles. In the affected vehicles, debris may contaminate the air bag clock spring, a spiral wound, flat cable that keeps the air bag powered while the steering wheel is being turned. This contamination may tear the cable and result in a loss of electrical connection to the driver's frontal air bag. |
| | A loss of electrical connection to the driver's frontal air bag will prevent the air bag from deploying in the event of a vehicle crash, increasing the risk of injury. |
| Remedy | Volkswagen will notify owners, and dealers will install a protective cover over the steering wheel clock spring if the air bag light is off. If the airbag light is on and the steering wheel clock spring requires replacement, dealers will install a new steering wheel clock spring. These repairs will be performed free of charge. The recall began on January 15, 2016. Owners may contact Volkswagen customer service at 1-800-822-8987. |
| **NHTSA ID Number** | 16V171000 |
| Date Issued | 03/24/16 |
| Quantity Affected | 91,442 |
| Defect | Volkswagen Group of America, Inc. (Volkswagen) is recalling certain model year 2012-2014 Passat vehicles equipped with TDI engines. Due to improperly assembled wire seals in a connector for an underbody sensor, water may enter and corrode the electrical connectors of the sensor, causing an electrical short. |
| | An electrical short can cause the electrical connectors of the sensor to overheat, increasing the risk of a fire. |
| Remedy | Volkswagen will notify owners, and dealers will inspect the connector, replacing it as necessary, free of charge. The recall began in September. Owners may contact Volkswagen customer service at 1-800-893-5298. Volkswagen's number for this recall is 23T3. |
| **NHTSA ID Number** | 17V309000 |
| Date Issued | 05/11/17 |
| Quantity Affected | 84,262 |
| Defect | Volkswagen Group of America, Inc. (Volkswagen) is recalling certain 2012-2014 Passat vehicles, equipped with diesel engines and Direct-Shift Transmissions (DSG). The vehicle's underbody heat shield may not be long enough to protect the right half-shaft grease boot from heat, potentially resulting in a grease leak. |
| Remedy | Volkswagen will notify owners, and dealers will replace the driveshaft heat shield, free of charge. The recall is expected to begin in July 2017. Owners may contact Volkswagen customer service at 1-800-893-5298. Volkswagen's number for this recall is 23W5. |
| **NHTSA ID Number** | 19V389000 |

Report Date 10/22/20 | 2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan

| | |
|---|---|
| Date Issued | 05/22/19 |
| Quantity Affected | 662,185 |
| Defect | Volkswagen Group of America, Inc. (Volkswagen) is recalling certain 2012-2020 Volkswagen Passat and 2018-2019 Atlas vehicles. The blocking cap disabling the adjustment of the headlight's horizontal aim may not have been installed. As such, these vehicles fail to conform to Federal Motor Vehicle Safety Standard (FMVSS) number 108, "Lamps, Reflective Devices, and Associated Equipment." |
| Remedy | Volkswagen will notify owners, and dealers will inspect and, as necessary, block the headlight horizontal adjustment, free of charge. The recall is expected to begin on July 10, 2019. Owners may contact Volkswagen customer service at 1-800-253-2834. Volkswagen's number for this recall is 94L9. |

**Original Equipment Guide**

| | Engine Options | | | Transmission Options | |
|---|---|---|---|---|---|
| * | 4 Cylinder Diesel Turbo 2.0 Engine | STD | | 6 Speed Manual | STD |
| | | | * | 6-Speed Automatic | $1,100 |
| | **Other Optional Equipment** | | | **Convenience Options** | |
| * | Anti-Lock Brakes | STD | * | Air Conditioning | STD |
| * | Center Console | STD | * | Automatic Dimming Mirror | STD |
| * | Dual Airbags | STD | * | Auto Headlamp Control | STD |
| * | Engine Block Heater | STD | | Cargo/Trunk Liner | |
| * | Elect. Stability Control | STD | * | Cruise Control | STD |
| | Fog Lights | | | Cargo/Trunk Net | $95 |
| * | Head Airbags | STD | * | Rear Window Defroster | STD |
| * | Halogen Headlights | STD | * | Daytime Running Lights | STD |
| * | Intermittent Wipers | STD | * | Dual Zone Auto A/C | STD |
| * | Keyless Entry System | STD | | Floor Mats | |
| * | Lighted Entry System | STD | * | Heated W/S Wiper Washers | STD |
| * | Leather Shift Knob | STD | * | Illuminated Visor Mirror | STD |
| * | Leather Steering Wheel | STD | | Mud/Splash Guards | $220 |
| | Navigation System | | * | Rem Trunk-L/Gate Release | STD |
| * | Overhead Console | STD | * | Strg Wheel Radio Control | STD |
| * | 2nd Row Head Airbags | STD | * | Tire Pressure Monitor | STD |
| * | Side Airbags | STD | * | Tilt & Telescopic Steer | STD |
| | Rear Spoiler | $375 | | **Power Accessories** | |
| * | Tachometer | STD | * | Heated Power Mirrors | STD |
| * | Trip Computer | STD | * | Power Drivers Seat | STD |
| * | Traction Control System | STD | * | Power Brakes | STD |
| * | Tinted Glass | STD | * | Pwr Driver Lumbar Supp | STD |
| | Wheel Locks | $100 | * | Power Door Locks | STD |
| * | Wireless Phone Connect | STD | * | Power Steering | STD |
| * | Wireless Audio Streaming | STD | * | Power Windows | STD |
| | **Radio/Phone/Alarm Options** | | | **Seat Options** | |
| * | Alarm System | $325 | * | Bucket Seats | STD |
| * | AM/FM In-dash CD Changer | STD | * | Heated Front Seats | STD |
| * | MP3 Decoder | STD | * | Split Folding Rear Seat | STD |
| * | Sirius Satellite Radio | STD | * | Vinyl Seats | STD |
| * | Theft Deterrent System | STD | | **Wheel Options** | |
| | **Roof Options** | | | 18 Inch Alloy Wheels | $1,200 |

Report Date 10/22/20                                                                 2013 Volkswagen Passat 2.0 TDI SE Diesel Turbo 4D Sedan

| | | | | |
|---|---|---|---|---|
| * | Power Moonroof | $900 | * Aluminum/Alloy Wheels | STD |
| **Option Packages** | | | | |
| | Body Styling Package | $1,900 | | |
| | First-Aid Kit | $35 | | |
| | Floor Mat Package | $235 | Includes Cargo/Trunk Liner, Floor Mats | |
| | Navigation Package | $1,660 | Includes 18 Inch Alloy Wheels, Fog Lights, Navigation System | |
| | | | Base retail price | $27,020 |
| | | | **Loss Vehicle manufacturer's suggested retail price as reported** | **$29,345** |

Editions available for the same body style (in order of original cost, increasing): *2.0 TDI SE, 2.0 TDI SEL Prem

* Indicates loss vehicle equipment.

| About Your Valuation |
|---|

This report contains proprietary information of Audatex and its partners and shall not be disclosed to any third party (other than the insurer or insured, or their legal representative; or claimant or claimant's insurer for purposes of subrogation) without Audatex's prior written consent. If you are the insured or claimant and have questions regarding the description of your vehicle, please contact the insurance company that is handling your claim. Information within VINsource/NICB is provided solely to identify potential duplicative claims activity. User agrees to use such information solely for lawful purposes.

Tax rates contained herein are based on general sales tax data provided by Vertex Inc. Excise, use, registration, licensing and other taxes and fees that may be applicable are not included. Audatex makes no representations or warranties concerning the applicability or accuracy of such tax data.

Report Generated by Audatex, a Solera Company

US Pat. No 7912740B2

US Pat. No 8200513B2

US Pat. No 8468038B2

US Pat. No 8725544

© 2020 Audatex North America, Inc. All Rights Reserved.

